

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-26-1999

# USA v. Davis

Precedential or Non-Precedential:

Docket 98-6251

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation

"USA v. Davis" (1999). *1999 Decisions.* Paper 215.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/215

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Filed July 26, 1999

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 98-6251

UNITED STATES OF AMERICA

v.

VINCENT R. DAVIS,

Appellant

On Appeal From the United States District Court
For the District of New Jersey
(D.C. Crim. No. 97-cr-00552)
District Judge: Honorable Alfred J. Lechner, Jr.

Argued: May 19, 1999

Before: BECKER, Chief Judge, RENDELL, and ROSENN,
Circuit Judges.

(Opinion Filed: July 19, 1999)

ORDER AMENDING OPINION

The Slip Opinion in the above case filed July 19, 1999 is
hereby amended as follows:

On page 32, second full paragraph, line 14, a footnote
should be added after the phrase "on its merits" to read as
follows:

> We acknowledge that the record reflects that the
> District Court exhibited commendable patience with
> defense counsel and gave him several opportunities to
> correct deficiencies in his papers. However, that fact
> cannot change the result.

BY THE COURT:

/s/ Edward R. Becker

Chief Judge

Dated: July 26, 1999

A True Copy:
Teste:

Clerk of the United States Court of Appeals
for the Third Circuit

2